**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7159**

_____

KEN EJIMOFOR EZEAH,

                Petitioner - Appellant,

     v.

WARDEN HECKARD,

                Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:23-hc-02246-M)

_____

Submitted:  May 22, 2025                      Decided:  May 28, 2025

_____

Before KING, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ken Ejimofor Ezeah, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ken Ejimofor Ezeah, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 petition and a subsequent order denying his motion for reconsideration under Fed. R. Civ. P. 59(e).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  *Ezeah v. Heckard*, No. 5:23-hc-02246-M (E.D.N.C. Oct. 21, 2024 & Nov. 21, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*